IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00837-MSK-PAC

FRANKLIN J. WAGGONER, and
ENDLESS ENERGY SYSTEMS, INC., a Colorado corporation,

    Plaintiffs,

v.

CLAYRE E. GRIGGS,

    Defendant.

_____

### ORDER DENYING MOTION WITHOUT PREJUDICE
_____

The Parties' Stipulated Motion for Entry of Order **(# 3)** is **DENIED WITHOUT PREJUDICE**. Although the parties submitted a proposed order as part of their electronically filed document consistent with D.C. Colo. ECF Procedure V.L.1, they did not submit an additional copy of the proposed order, in WordPerfect (.wpd) or text (.txt) format, by electronic mail to the chambers account as required by D.C. Colo. ECF Procedure V.L.2.

Dated this 24th day of June, 2005.

                                                   **BY THE COURT:**

                                                   *Marcia S. Krieger*
                                                   _____

                                                   Marcia S. Krieger
                                                   United States District Judge