IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00837-MSK-PAC

FRANKLIN J. WAGGONER, and
ENDLESS ENERGY SYSTEMS, INC., a Colorado corporation,

    Plaintiffs,

v.

CLAYRE E. GRIGGS,

    Defendant.

_____

**ORDER RELEASING LIS PENDENS**
_____

This matter, having come before the Court and the Court having reviewed the Parties' Stipulated Motion for Entry of Order releasing the Lis Pendens recorded by the Plaintiffs Franklin J. Waggoner and Endless Energy, Inc. in this action at Reception No. 905669, regarding certain real property situate in La Plata County, Colorado more particularly described as follows: Lot 5B Bonser Minor Exemption Subdivision, Project No. 94-119, recorded on June 30, 1997 under Reception No. 728619, otherwise known as 5031 County Road 213, Durango, Colorado 81303;

    Hereby ORDERS:

That the Order Releasing Lis Pendens is GRANTED, and shall be recorded in the Clerk and Recorder's Office of La Plata County, Colorado, forthwith, with all parties to bear their own costs and attorney fees.

DATED this 28th day of June, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge