IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00837-MSK-PAC

FRANKLIN J. WAGGONER, and
ENDLESS ENERGY SYSTEMS, INC., a Colorado corporation,

      Plaintiffs,

v.

CLAYRE E. GRIGGS,

      Defendant.

_____

**ORDER DENYING REQUEST TO ABATE PROCEEDINGS
PENDING MEDIATION**
_____

This matter having come before this Court on the Stipulated Motion to Abate Proceedings Pending Mediation filed by the parties and the Court being advised in the premises, finds that no good cause has been shown to abate the pre-trial process in this case. The parties have decided to pursue mediation. This process may or may not resolve this matter. No good cause exits for delaying the filing of responsive pleadings, conducting a scheduling conference or setting pre-trial preparation deadlines. The two processes can proceed simultaneously. Indeed, such certainty may assist the parties in evaluating the benefits of resolution by agreement.

IT IS THEREFORE ORDERED that the Stipulated Motion to Abate Proceedings Pending Mediation is **DENIED**.

Done this 13th day of July, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge