IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00837-MSK-PAC

FRANKLIN J. WAGGONER, and
ENDLESS ENERGY SYSTEMS, INC., a Colorado corporation,

    Plaintiffs,

v.

CLAYRE E. GRIGGS,

    Defendant.

_____

### ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636(c)
_____

All parties to this action have consented **(#15 )** to the exercise of jurisdiction by a United States Magistrate Judge for all further proceedings in this case pursuant to 28 U.S.C. § 636(c). Pursuant to D.C. Colo. L. Civ. R. 72.2(E), the Clerk of the Court shall randomly draw this case to a Magistrate Judge other than Magistrate Judge Coan. The case shall then be **REFERRED** to that Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and D.C. Colo. L. Civ. R. 72.2.

Dated this 26th day of September, 2005.

                          **BY THE COURT:**

                          *Marcia S. Krieger*
                          _____
                          Marcia S. Krieger
                          United States District Judge