IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00837-BNB-PAC

FRANKLIN J. WAGGONER, and
ENDLESS ENERGY SYSTEMS, INC., a Colorado corporation,

Plaintiffs,

v.

CLAYRE E. GRIGGS,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Defendant's Motion to Consolidate** (the "Motion"), filed September 23, 2005. The Motion seeks to consolidate this case with Griggs v. Woodin, 05-cv-01610-RPM-PAC, also pending in this court before Senior Judge Richard P. Matsch. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE to be presented, if appropriate, to Senior Judge Matsch for determination on the merits.

Dated November 9, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge