IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00837-BNB-PAC

FRANKLIN J. WAGGONER, and
ENDLESS ENERGY SYSTEMS, INC., a Colorado corporation,

Plaintiffs,

v.

CLAYRE E. GRIGGS,

Defendant.
_____

**ORDER**
_____

The Stipulation for Dismissal with Prejudice (filed February 2, 2006), by the parties having come before the Court, and appearing well founded;

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees incurred herein.

Dated February 3, 2006.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge